**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

DAMIEN FORD,                                                                                                PLAINTIFF
ADC #143035
v.                                                       4:20CV01400-JM-JTK

ASA HUTCHINSON, et al.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

The Court certifies that an <u>in forma pauperis</u> appeal from this Judgment and accompanying Order would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 21st day of January, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1